## SUPERIOR COURT

Peoples Savings Bank ⎱
    vs. ⎰ Eq. No.6256
George H. Staples et al
RESCRIPT
November 18, 1924

TANNER, P. J. This is a bill of interpleader to determine the ownership of a savings bank deposit.

While the testimony is somewhat conflicting, yet we are unable to see how the great bulk of the money could have come from anybody but the respondent, Harrison. We therefore find that all of the money, except the first deposit of $100, was the

money of the respondent, Harrison, given by him to the woman who was living with him, who made the deposit, and that it was given with the intention of retaining ownership in it.

We find, therefore, that the respondent, Harrison, is entitled to all of the account except the first $100, with compound interest from the date of deposit.

For Complainant: Herbert Almy.

For Respondent: Harrison C. A. McKenna.

For Respondent Staples: S. S. Lapham.

## SUPERIOR COURT

Alfred H. Gilstein ⎱
    vs. ⎰ No.59,949
Prov. Sheet Metal Works
RESCRIPT
November 19, 1924

BLODGETT, J. Heard upon motion for new trial filed by defendant after verdict of a jury for plaintiff for $347.

The action is for rent due.

The defendant, Louis Mason, claimed that he was not a partner of the Weissman brothers, doing business as Providence Sheet Metal Works, at any time during the occupation of the premises, but that he was in their employ during such period. It was unfortunate for the defendant that his relations with the Weissmans were so close, as testified to by himself, both before and after the occupation of the premises, as to give color to the testimony of witnesses for the plaintiff as to admissions made by defendant to them.

Whatever view of the testimony the court might take there was evidence submitted to the jury upon which a verdict for plaintiff could be based.

Motion denied.

For Plaintiff: Ira Marcus.

For Defendant: Gainer & Carr.